509 A.2d 1263

**William J. AIGNER, Petitioner,**

v.

**Jane N. AIGNER.**

**COMMONWEALTH of Pennsylvania.**

**Jane N. Aigner**

v.

**William J. AIGNER, Petitioner.**

Supreme Court of Pennsylvania.

June 16, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 49 and 50 W.D. Appeal Docket 1986.